COMMONWEALTH *vs.* FRITZ S. SAINTHELMY, JR. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* ERNESTO SANTIAGO. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* MICHAEL J. SASEN. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* WESTON J. STOW (No. 1). Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* WESTON J. STOW (No. 2). Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* RONALD D. WALLACE, JR. Reported below: 44 Mass. App. Ct. 1117 (1998).

COMMONWEALTH *vs.* THOMAS F. WOODS. Reported below: 44 Mass. App. Ct. 1119 (1998).

COMMONWEALTH *vs.* MAURICE WYNN. Reported below: 44 Mass. App. Ct. 1114 (1998).

JAMES FLETCHER & others *vs.* PLANNING BOARD OF HUBBARDSTON & another. Reported below: 44 Mass. App. Ct. 1115 (1998).

GERALD D. McLELLAN & another *vs.* SUSAN KARGER. Reported below: 44 Mass. App. Ct. 1114 (1998).

RAYMOND E. SHEA *vs.* COMMISSIONER OF REVENUE. Reported below: 44 Mass. App. Ct. 1116 (1998).

GENEVIEVE TRIO & another *vs.* ORIGINAL ITALIAN PASTA PRODUCTS & another. Reported below: 44 Mass. App. Ct. 1115 (1998).

April 28, 1998

*Further appellate review granted:*

ELAINE BRUM *vs.* TOWN OF DARTMOUTH & others. Reported below: 44 Mass. App. Ct. 318 (1998).

JER SKW SERVICES, INC. *vs.* RICHARD A. GOLD & others. Reported below: 44 Mass. App. Ct. 243 (1998).

JOHN J. McCARTHY, JR. *vs.* ANN G. TOBIN; ROBERT DIMINICO & another, interveners. Reported below: 44 Mass. App. Ct. 274 (1998).

*Further appellate review denied:*

COMMONWEALTH *vs.* HERIBERTO ARRIAGA. Reported below: 44 Mass. App. Ct. 382 (1998).

COMMONWEALTH *vs.* ANTHONY HOLLOWAY. Reported below: 44 Mass. App. Ct. 469 (1998).

COMMONWEALTH *vs.* BRIAN P. McKENNA. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* JUAN OQUENDO. Reported below: 44 Mass. App. Ct. 1117 (1998).

COMMONWEALTH *vs.* KENNETH N. PADGETT. Reported below: 44 Mass. App. Ct. 359 (1998).

COMMONWEALTH *vs.* RONALD PODGURSKI. Reported below: 44 Mass. App. Ct. 929 (1998).

ARLINE C. LEYLAND, administratrix, *vs.* PLYMOUTH & BROCKTON STREET RAILWAY CO. Reported below: 44 Mass. App. Ct. 427 (1998).

May 22, 1998

*Further appellate review denied:*

ADOPTION OF POLLY. Reported below: 44 Mass. App. Ct. 1118 (1998).

ADOPTION OF TONY. Reported below: 44 Mass. App. Ct. 1122 (1998).